IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUSTIN C. SEO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:21-cv-886 (AJT/IDD) |
| NORTHSTAR PROPERTY MANAGEMENT | ) | |
| GROUP, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

This matter is before the Court on Plaintiff Justin C. Seo's ("Plaintiff") Motion for Entry of Default Judgment [Doc. No. 10] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On August 26, 2022, Magistrate Judge Ivan D. Davis (the "Magistrate Judge") issued a Report and Recommendation ("R&R") [Doc. No. 25] recommending that a default judgment be entered in favor of Plaintiff and against Defendants Northstar Property Management Group, LLC; Rebecca Metzger; and Neil Metzger (collectively, "Defendants") pursuant to 29 USC § 201 *et seq.*, the Federal Fair Labor Standards Act of 1938 ("FLSA"). The R&R recommends awarding Plaintiff $25,092.24 as follows: (a) $8,502.12 in unpaid overtime wages; (b) $8,502.12 in liquidated damages; and (c) costs in the amount of $1,203.00 and attorney's fees in the amount of $6,885.00. No objections to the R&R have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation [Doc. No. 25] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment [Doc. No. 10] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendants Northstar Property Management Group, LLC; Rebecca Metzger; and Neil Metzger, jointly and severally, in the amount of $25,092.24.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendants Northstar Property Management Group, LLC; Rebecca Metzger; and Neil Metzger at their known addresses.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 14, 2022